UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. PHILLIP S. SCHAENGOLD, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV411-058 |
| MEMORIAL HEALTH, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For years this case sat, sealed and inactive, due to a series of government stay motions granted to enable intervention consideration. *See, e.g.*, docs. 9, 15 & 23. After the United States made up its mind -- to partially intervene -- the undersigned ordered the case unsealed and that service be made upon the defendants. Doc. 48. Hence, only recently has this case become active.

For docket-clearing purposes only, the Clerk is **DIRECTED** to administratively close this case (hence, reset its three-year clock), then re-open it one business day later.

**SO ORDERED,** this 30TH day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA