UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, ex rel. PHILLIP S. SCHAENGOLD, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV411-058 |
| MEMORIAL HEALTH, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court having reviewed and considered the petitions of Meredith Jones Kingsley and Jason D. Popp of the law firm of Alston & Bird, LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendants Memorial Health, Inc., et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Meredith Jones Kingsley and Jason D. Popp as counsel of record for defendants Memorial Health, Inc., et al., in this case.

**SO ORDERED** this __8th__ day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA