IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES, ex rel.<br>PHILLIP S. SCHAENGOLD,<br><br>Plaintiff - Relator<br><br>v.<br><br>MEMORIAL HEALTH, INC., et al.,<br><br>Defendants. | Civil Action No. 4:11-cv-00058 |

## ORDER

Relator Phillip S. Schaengold's Motion to Unseal Declaration is before the Court. Based on the entire record in this matter, and for good cause shown, the Motion is hereby **GRANTED**, and the Clerk is directed to unseal ECF Document No. 87.

SO ORDERED this 21st day of November, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA