UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES, *ex rel.*
PHILLIP S. SCHAENGOLD,

    Plaintiff - Relator

v.

MEMORIAL HEALTH, INC., et al.,

    Defendants.

Civil Action No. 4:11-cv-058-JRH-BKE

## ORDER

This matter is before the Court on the Parties' Joint Motion for Stay to Permit Parties to Finalize Terms of Agreed Settlement. (Doc. No. 130.) Having reviewed the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and any action on the Government's Complaint in Intervention (Doc. No. 50) and Counts One, Two, Three, and Four of Relator's Second Amended Complaint (Doc. No. 112) (the "SAC") is hereby **STAYED**. Count Five of the SAC and Relator's claim for attorneys' fees under 31 USC §3730(d) are <u>not stayed</u> by this Order.

The Parties shall promptly notify the Court when the settlement agreement has been executed. Defendants and Relator shall file by May 11, 2015 a proposed Rule 26(f) Report concerning Count Five of Relator's SAC.

**SO ORDERED** this the ____ day of May, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia