IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES ex rel.          *
PHILLIP S. SCHAENGOLD,         *
                               *
          Plaintiff,           *
                               *
     v.                        *    CV 411-058
                               *
MEMORIAL HEALTH, INC., et al., *
                               *
          Defendants.          *
```

**O R D E R**

Before the Court is the government's "Motion for Reconsideration" of the Magistrate Judge's October 8, 2014 Order granting Defendants' Motion To File Declaration Under Seal, filed pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.2. (Doc. nos. 77, 86.) Because the challenged ruling is not clearly erroneous or contrary to law, the Court **DENIES** the motion, (doc. no. 86). Fed. R. Civ. P. 72(a); Loc. R. 72.2; <u>Staley v. Owens</u>, 367 F. App'x 102, 104 n.1 (11th Cir. 2010).

**ORDER ENTERED** at Augusta, Georgia this 11th day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA