IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES, ex rel.
PHILLIP S. SCHAENGOLD,

    Plaintiffs,

v.     CV 411-058

MEMORIAL HEALTH, INC.,
et al.,

    Defendants.

**O R D E R**

Three motions are currently before the Court: (1) a motion to intervene for settlement purposes by the United States (doc. 157); (2) the parties' motion to approve settlement (doc. 159); and (3) the parties' voluntary dismissal of Count V of the Complaint (doc. 162).

1. **Motion to Intervene**

On December 21, 2015, the United States moved to intervene for settlement purposes as to Counts I through IV, to which Relator and Defendants consented. (Doc. 157.) Upon consideration, the motion is **GRANTED**.

2. **Notice of Settlement**

On December 23, 2015, the parties filed a notice of settlement, which requests that the Court approve the terms of

the settlement agreement. (Doc. 159.) The notice also requests that the Court administratively close the case and retain jurisdiction over the matter until the agreement is fulfilled. The parties' request is **GRANTED,** and the settlement agreement is **APPROVED.** The Clerk shall **ADMINISTRATIVELY CLOSE** this case pending fulfillment of the agreement.

3. **Stipulation of Dismissal**

On January 8, 2016, the parties filed a stipulation of dismissal as to Count V of the Complaint pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii). (Doc. 162.) The parties represent that Count V is a personal claim for retaliation. Upon consideration, the parties' request is **GRANTED.** Count V is **DISMISSED WITH PREJUDICE.**

**ORDER ENTERED** at Augusta, Georgia this 8th day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA