IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA *ex rel.*
PHILLIP S. SCHAENGOLD,

    Plaintiffs,

    v.                   CV 411-058

MEMORIAL HEALTH, INC.; MEMORIAL
HEALTH UNIVERSITY MEDICAL
CENTER, INC.; PROVIDENT HEALTH
SERVICES, INC.; and MPPG, INC.
d/b/a MEMORIAL HEALTH UNIVERSITY
PHYSICIANS,

    Defendants.

**O R D E R**

Before the Court is the United States' Motion to Dismiss. (Doc. 164.) Therein, the United States asserts that Defendants have "completed all payments required under the Settlement Agreement" and thereby moves to dismiss this action pursuant to the terms thereof.[1] (Id. ¶¶ 2-3; see also Doc. 159-1.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE**

---

[1] On December 23, 2015, the parties filed a Notice of Settlement and requested therein that the Court: (i) approve the terms of the parties' settlement agreement dated December 22, 2015 (the "Settlement Agreement"); and (ii) administratively close this case and retain jurisdiction until the Settlement Agreement was fulfilled. (See Doc. 159; see also Doc. 159-1.) On February 8, 2016, the Court approved the Settlement Agreement and administratively closed this case pending fulfillment of the Settlement Agreement. (Doc. 163.)

**ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA